PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Martel, Norberto                                   Cr.: 07-2626-01
                                                                    PACTS Number: 47444

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 02/11/08

Original Offense: Conspiracy to distribute cocaine

Original Sentence: Thirty seven months custody, three years supervised release, DNA testing

Type of Supervision: Supervised release                 Date Supervision Commenced: 09/30/10

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

The offender was arrested in Orlando, Florida, on September 15, 2010, and charged with domestic battery after assaulting his wife. Mr. Martel is agreement with this request and has signed a Form 49, Waiver of a Hearing.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 1/24/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/18/11
Date
Dennis M. Cavanaugh
U.S. District Judge